JORDAN ETH (CA SBN 121617)
JEth@mofo.com
RYAN M. KEATS (CA SBN 296463)
RKeats@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendants Keyvan Mohajer, Nitesh
Sharan, James Hom, Diana Sroka, Eric R. Ball,
and Larry Marcus, and Nominal Defendant
SoundHound AI, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SOUNDHOUND AI, INC. STOCKHOLDER DERIVATIVE LITIGATION | Case No.:  3:25-cv-03172-RFL |
| | (Consolidated) |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER TO STAY CONSOLIDATED DERIVATIVE ACTION** |
| ALL ACTIONS | |

    

Plaintiffs Edward Troy Bishop and Anand Roy (together, "Plaintiffs"), derivatively on behalf of nominal defendant SoundHound AI, Inc. ("SoundHound" or the "Company"), and defendants Keyvan Mohajer, Nitesh Sharan, James Hom, Diana Sroka, Eric R. Ball, and Larry Marcus (the "Individual Defendants" and, together with SoundHound, "Defendants") stipulate and request that the Court enter an Order staying the above-captioned derivative action (the "Consolidated Derivative Action").

WHEREAS, on April 8, 2025, Plaintiff Bishop filed a shareholder derivative action on behalf of SoundHound against the Individual Defendants in this Court (the "*Bishop* Action");

WHEREAS, on April 15, 2025, Plaintiff Roy filed a shareholder derivative action on behalf of SoundHound against the Individual Defendants in this Court (the "*Roy* Action");

WHEREAS, on May 19, 2025, the Court entered an order, consolidating the *Bishop* Action and the *Roy* Action into the Consolidated Derivative Action;

WHEREAS, on June 2, 2025, Plaintiffs designated the Verified Shareholder Derivative Complaint filed on April 15, 2025, in *Roy v. Mohajer et al*, Case No. 3:25-cv-03363-RFL as the operative complaint (the "Complaint") in the Consolidated Derivative Action;

WHEREAS, the Consolidated Derivative Action includes allegations that overlap substantially with those in a putative securities class action captioned *Liles v. SoundHound AI, Inc.*, Case No. 3:25-cv-02915-RFL (the "Securities Class Action"), currently pending in this Court;

WHEREAS, the defendants in the Securities Class Action expect to pursue a motion to dismiss, the outcome of which will be informative to the litigation of the Consolidated Derivative Action;

WHEREAS, the parties have conferred and agree that it would serve the interests of justice, efficiency, and judicial economy to temporarily stay the Consolidated Derivative Action pending the final resolution of any motion(s) to dismiss the Securities Class Action, including the final and full resolution of any appeals taken from any order(s) related to such motion(s) in the Securities Class Action;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, by and through their undersigned counsel, and subject to approval of the Court, as follows:

1.      This action (including all discovery) is hereby stayed until at least 30 days after the earlier of: (a) the denial of any motion to dismiss filed by the Securities Class Action defendants in the Securities Class Action; (b) the dismissal of the Securities Class Action, with prejudice, and exhaustion of all appeals related thereto; or (c) the public announcement of a settlement of the Securities Class Action. Within 30 days of the occurrence of one or more of the events identified in (a)-(c) above, the parties shall meet and confer and file a proposed schedule with the Court.

2.      During the pendency of the stay, Defendants shall notify counsel representing the Plaintiffs of any other shareholder derivative actions arising from substantially similar or the same facts as alleged in the Consolidated Derivative Action ("Related Derivative Actions"). Defendants will promptly notify Plaintiffs' counsel in the event any Related Derivative Action is not stayed on terms similar to the stay of this action.  If a Related Derivative Action is not stayed for a similar or longer duration as the Consolidated Derivative Action, Plaintiffs shall have the option to terminate the stay by providing notice to counsel for Defendants via email, and the parties shall thereafter meet and confer and file a proposed schedule with the Court within fourteen (14) days thereafter.

3.      This Order is without prejudice to the rights of any Defendant to raise any and all arguments or defenses that they or any of them may have, including, but not limited to, those relating to the forum, venue, or jurisdiction. The expiration or termination of the stay shall also be without prejudice to Defendants' ability to move the Court for a further stay of this Action, provided that Defendants shall not move to stay the Consolidated Derivative Action on the grounds that a Related Derivative Action should proceed before the Consolidated Derivative Action.

4.      Notwithstanding this stay, Plaintiffs may file an amended and/or consolidated complaint; however, during the pendency of this stay, Defendants shall not be required to answer or otherwise respond to any complaint that is filed in or consolidated with the Consolidated Derivative Action.

5.      During the pendency of the stay, SoundHound shall promptly produce to Plaintiffs any documents produced, written discovery, and deposition transcripts in any Related Derivative Action or related threatened derivative action (including shareholders who receive documents in connection with a books and records demand pursuant to 8 Del. C. § 220) arising from substantially

similar or the same facts as alleged in the Consolidated Derivative Action, subject to a reasonable confidentiality agreement or protective order that permits Plaintiffs to use the discovery in the Consolidated Derivative Action.

6.      During the pendency of the stay, Defendants shall provide Plaintiffs with reasonable advance notice of any mediation and/or formal settlement discussions in the Securities Class Action and shall attempt in good faith to include Plaintiffs in any such mediation and/or formal settlement discussions. If Defendants are unable to include Plaintiffs in such mediation and/or formal settlement discussions, Defendants agree to mediate with Plaintiffs at or about the same time.

7.      Defendants further agree that they shall notify Plaintiffs of any mediation and/or settlement discussions in any Related Derivative Action and to invite Plaintiffs to participate in any such mediation and/or formal settlement discussions.

8.      Pursuant to Civil L.R. 16-2, the initial case management conference scheduled for July 2, 2025, along with any associated deadlines under the Federal Rules of Civil Procedure, Local Rules, and prior Orders in this Action, and all associated ADR Multi-Option Program deadlines, are hereby vacated.

9.      By entering this Stipulation, the Parties do not waive any rights not specifically addressed herein or to seek such other relief as may be appropriate as circumstances may develop or warrant in this or any related action, and expressly reserve all such rights.

**IT IS SO STIPULATED.**

DATED:                                                      **TOSTRUD LAW GROUP, P.C.**

                            By:      _____
                                                      Jon A. Tostrud
                                                      1925 Century Part East, Ste. 2100
                                                      Los Angeles, CA 90067
                                                      Tel: (310) 278-2600
                                                      Fax: (310) 278-2640
                                                      Email: jtostrud@tostrudlaw.com

                                                      **RIGRODSKY LAW, P.A.**
                                                      Timothy J. MacFall
                                                      Samir Aougab

825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Tel: (516) 683-3516
Email: tjm@rl-legal.com
Email: sa@rl-legal.com

**GRABAR LAW OFFICES**
Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Counsel for Plaintiff Edward Troy Bishop
and Proposed Co-Lead Counsel for
Plaintiffs*

DATED: June 11, 2025                    **THE BROWN LAW FIRM, P.C.**

By:    _____

Robert C. Moest, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Tel: (310) 915-6628
Fax: (310) 915-9897
Email: RMoest@aol.com
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Tel: (516) 922-5427
Fax: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Anand Roy and
Proposed Co-Lead Counsel for Plaintiffs*

DATED: June 11, 2025                    **MORRISON & FOERSTER LLP**

By:    _____

Ryan M. Keats
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000

Fax: (415) 268-7522
 Email: rkeats@mofo.com

*Counsel for Defendants and Nominal Defendant*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Ryan, M. Keats, attest that concurrence in the filing of this document has been obtained from the other signatories.


Executed on this 11th day of June 2025, at San Francisco, California.


/s/ Ryan M. Keats
Ryan M. Keats

**[PROPOSED] ORDER**

Pursuant to the above Stipulation, IT IS SO ORDERED.

DATED:  June 12, 2025

_____
The Honorable Rita F. Lin
United States District Judge