JORDAN ETH (CA SBN 121617)
JEth@mofo.com
RYAN M. KEATS (CA SBN 296463)
RKeats@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendants Keyvan Mohajer, Nitesh Sharan, James Hom, Diana Sroka, Eric R. Ball, and Larry Marcus, and Nominal Defendant SoundHound AI, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SOUNDHOUND AI, INC. STOCKHOLDER DERIVATIVE LITIGATION | Case No.: 3:25-cv-03172-RFL |
| | (Consolidated) |
| This Document Relates to: ALL ACTIONS | **STIPULATION AND ~~[PROPOSED]~~ ORDER TO STAY CONSOLIDATED DERIVATIVE ACTION** |

Plaintiffs Edward Troy Bishop and Anand Roy (together, "Plaintiffs"), derivatively on behalf of nominal defendant SoundHound AI, Inc. ("SoundHound" or the "Company"), and defendants Keyvan Mohajer, Nitesh Sharan, James Hom, Diana Sroka, Eric R. Ball, and Larry Marcus (the "Individual Defendants" and, together with SoundHound, "Defendants"), having conferred with respect to the Court's order dated May 20, 2026, hereby stipulate and request that the Court enter an Order continuing the stay in the above-captioned derivative action (the "Consolidated Derivative Action").

WHEREAS, the Consolidated Derivative Action includes allegations that overlap substantially with those in a putative securities class action captioned *Liles v. SoundHound AI, Inc.*, Case No. 3:25-cv-02915-RFL (the "Securities Class Action"), currently pending in this Court;

WHEREAS, on June 11, 2025, the parties stipulated and agreed that it would serve the interests of justice, efficiency, and judicial economy to temporarily stay the Consolidated Derivative Action pending the final resolution of any motion(s) to dismiss the Securities Class Action, including the final and full resolution of any appeals taken from any order(s) related to such motion(s) in the Securities Class Action;

WHEREAS, on June 12, 2025, the Court granted the parties' stipulation and issued an order staying the Consolidated Derivative Action;

WHEREAS, on May 19, 2026, the Court in the Securities Class Action issued an order granting in part and denying in part the defendants' motion to dismiss;

WHEREAS, on May 20, 2026, the Court issued an order in this Consolidated Derivative Action requiring that, by June 18, 2026, the parties file either (1) a proposed schedule; or (2) a notice indicating that they prefer that the stay remain in place pending further developments in the Securities Class Action;

WHEREAS, the parties have conferred and agree that it would serve the interests of justice, efficiency, and judicial economy to continue to stay the Consolidated Derivative Action until all motions for summary judgment have been decided in the Securities Class Action, including the final and full resolution of any appeals taken from any order(s) related to such motion(s) in the Securities Class Action;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, by and through their undersigned counsel, and subject to approval of the Court, as follows:

1. This action (including all discovery) is hereby stayed until at least 30 days after the earlier of: (a) all motions for summary judgment have been decided in the Securities Class Action, or (b) the public announcement of a settlement of the Securities Class Action. Within 30 days of the occurrence of one or more of the events identified in (a) and (b) above, the parties shall meet and confer and file a proposed schedule with the Court.

2. During the pendency of the stay, Defendants shall notify counsel representing the Plaintiffs of any other shareholder derivative actions filed against Defendants arising from substantially similar or the same facts as alleged in the Consolidated Derivative Action ("Related Derivative Actions"). Defendants will promptly notify Plaintiffs' counsel in the event any Related Derivative Action is not stayed on terms similar to the stay of this action. If a Related Derivative Action is not stayed for a similar or longer duration as the Consolidated Derivative Action, Plaintiffs shall have the option to terminate the stay by providing notice to counsel for Defendants via email, and the parties shall thereafter meet and confer and file a proposed schedule with the Court within fourteen (14) days thereafter.

3. This Order is without prejudice to the rights of any Defendant to raise any and all arguments or defenses that they or any of them may have, including, but not limited to, those relating to the forum, venue, or jurisdiction. The expiration or termination of the stay shall also be without prejudice to Defendants' ability to move the Court for a further stay of this Action, provided that Defendants shall not move to stay the Consolidated Derivative Action on the grounds that a Related Derivative Action should proceed before the Consolidated Derivative Action.

4. Notwithstanding this stay, Plaintiffs may file an amended and/or consolidated complaint; however, during the pendency of this stay, Defendants shall not be required to answer or otherwise respond to any complaint that is filed in or consolidated with the Consolidated Derivative Action.

5. During the pendency of the stay, SoundHound shall promptly produce to Plaintiffs any documents produced, written discovery, and deposition transcripts in the Securities Class

Action, any Related Derivative Action, or any related threatened derivative action (including shareholders who receive documents in connection with a books and records demand pursuant to 8 Del. C. § 220) arising from substantially similar or the same facts as alleged in the Consolidated Derivative Action, subject to a reasonable confidentiality agreement or protective order that permits Plaintiffs to use the discovery in the Consolidated Derivative Action.

6. During the pendency of the stay, Defendants shall provide Plaintiffs with reasonable advance notice of any mediation and/or formal settlement discussions in the Securities Class Action and shall attempt in good faith to include Plaintiffs in any such mediation and/or formal settlement discussions. If Defendants are unable to include Plaintiffs in such mediation and/or formal settlement discussions, Defendants agree to mediate with Plaintiffs at or about the same time.

7. Defendants further agree that they shall notify Plaintiffs of any mediation and/or settlement discussions in any Related Derivative Action and to invite Plaintiffs to participate in any such mediation and/or formal settlement discussions.

8. In the event that Defendants agree to terms or conditions in connection with any stipulation, agreement, or motion to stay a Related Derivative Action that are more favorable to the plaintiff(s) therein, Defendants will agree to incorporate those more favorable terms or conditions into this agreement.

9. By entering this Stipulation, the Parties do not waive any rights not specifically addressed herein or to seek such other relief as may be appropriate as circumstances may develop or warrant in this or any related action, and expressly reserve all such rights.

**IT IS SO STIPULATED.**

DATED: June 17, 2026

**RIGRODSKY LAW, P.A.**

By: /s/ Alex J. Tramontano

Alex J. Tramontano
1091 North Palm Canyon Drive, Suite 9
Palm Springs, CA 92262
Telephone: (760) 406-5746
Email: ajt@rl-legal.com

*Counsel for Plaintiff Edward Troy Bishop and Co-Lead Counsel for Plaintiffs*

**TOSTRUD LAW GROUP, P.C.**

Jon A. Tostrud
1925 Century Part East, Ste. 2100
Los Angeles, CA 90067
Tel: (310) 278-2600
Fax: (310) 278-2640
Email: jtostrud@tostrudlaw.com

*Local Counsel for Plaintiff Edward Troy Bishop*

**GRABAR LAW OFFICES**

Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Of Counsel for Plaintiff Edward Troy Bishop*

DATED: June 17, 2026

**THE BROWN LAW FIRM, P.C.**

By: /s/ Robert C. Moest

Robert C. Moest, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Tel: (310) 915-6628
Fax: (310) 915-9897
Email: RMoest@gmail.com

Timothy Brown
1350 Avenue of the Americas, Suite 1200
New York, NY 10019
Tel: (516) 922-5427
Fax: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Anand Roy and Co-Lead Counsel for Plaintiffs*

DATED: June 17, 2026

**MORRISON & FOERSTER LLP**

By: */s/ Ryan M. Keats*

Ryan M. Keats
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
Fax: (415) 268-7522
Email: rkeats@mofo.com

*Counsel for Defendants and Nominal Defendant*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Ryan M. Keats, attest that concurrence in the filing of this document has been obtained from the other signatories.

Executed on this 17th day of June 2026.

*/s/ Ryan M. Keats*
Ryan M. Keats

**~~[PROPOSED]~~ ORDER**

Pursuant to the above Stipulation, IT IS SO ORDERED.

DATED: June 18, 2026

The Honorable Rita F. Lin
United States District Judge